

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00501-CV

### IN THE MATTER OF J.B.J.

On Appeal from the
County Court at Law of Gillespie County, Texas
Trial Court Cause No. JV-0044CCL

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

January 8, 2026